IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PRUFTECHNIK, INC., and<br>PRUFTECHNIK SERVICE, INC.,<br>         *Plaintiffs*,<br>    v.<br>LUDECA, INC.,<br>         *Defendant.* | Civil Action No.<br><br>16-cv-20431-RNS |

## NOTICE OF DISMISSAL

Plaintiffs Pruftechnik, Inc. and Pruftechnik Service, Inc., by their undersigned counsel Eaton & Wolk, PL, file this Notice dismissing this action under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

/s/ *William G. Wolk*
William G. Wolk
Florida Bar No. 103527
**EATON & WOLK PL**
2 South Biscayne Blvd, Suite 3100
Miami, Florida 33131
(305) 249-1640
wwolk@eatonwolk.com

*Counsel for Plaintiffs,
Pruftechnik, Inc. and Pruftechnik
Service, Inc.*

**Dated:** February 26, 2016