United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Pruftechnik, Inc. and Pruftechnik Service, Inc., Plaintiffs v. Ludeca, Inc., Defendant | ) ) ) Civil Action No. 16-20431-Civ-Scola ) ) |

### **Order Of Dismissal**

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Dismissal, ECF No. 10). The Court directs the Clerk to **close** this case. All pending motions, if any, are denied as moot.

**Done and ordered** in chambers, at Miami, Florida on February 26, 2016.

_____
Robert N. Scola, Jr.
United States District Judge